# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN R. SHAW, <br><br> Plaintiff, <br><br> vs. <br><br> LEROY BACA, ET AL., <br><br> Defendants. | CASE NO. CV 13-8873 R (RZ) <br><br> ORDER ACCEPTING SECOND INTERIM REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

The Court has reviewed the file in this matter, and has read and reviewed the Second Interim Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations in the Second Interim Report.

Accordingly, it is ORDERED that Defendant Leroy Baca is dismissed from the action with prejudice. When Judgment is entered, the Judgment shall reflect this ruling of the Court.

DATED: May 8, 2014

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE