UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN R. SHAW,<br><br>         Plaintiff,<br><br>   v.<br><br>LEROY BACA, et al.,<br><br>         Defendants. | Case No. CV 13-08873 R (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, Defendants' Motion for Summary Judgment, Plaintiff's Opposition thereto, all of the other records and files herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing objections to the Report has passed, and no objections have been filed. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment is DENIED.

DATED: 3-31-2016

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE