# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN R. SHAW, <br><br> Plaintiff, <br><br> v. <br><br> LEROY BACA, et al., <br><br> Defendants. | Case No. CV 13-08873 R (RAO) <br><br><br> JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment is DENIED.

DATED: 3-31-2016

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE