JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAUN R. SHAW, <br>     Plaintiff, <br> v. <br> LEROY BACA, *et al.*, <br>     Defendants. | Case No. LA CV 13-8873 JCG <br> **JUDGMENT** |

    This action came on regularly for trial from November 7, 2017 to November 9, 2017, in Courtroom 790 of this United States District Court, the Honorable Jay C. Gandhi presiding. Plaintiff Shaun R. Shaw appeared by and through his attorney Greg Wegner Garrotto of the Law Offices of Greg W. Garrotto. Defendants Christopher Carlson, Victor Suarez, and the County of Los Angeles appeared by and through their attorney Douglas L. Day of Harold G. Becks and Associates.

    A jury of eight persons was regularly empaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury. The jury deliberated and returned its verdict, finding in favor of defendants Christopher Carlson,

Victor Suarez, and the County of Los Angeles.

Now, therefore, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that final judgment in the action be entered as follows:

In accordance with the verdict form dated November 9, 2017, judgment is entered in favor of defendants Christopher Carlson, Victor Suarez, and the County of Los Angeles, and against plaintiff Shaun R. Shaw. Plaintiff Shaun R. Shaw shall recover nothing from defendants Christopher Carlson, Victor Suarez, and the County of Los Angeles.

DATED: November 15, 2017

_____
HON. JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE